# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MANUEL GARCÍA,**

    **Petitioner,**

    **v.**                                      **CIVIL NO. 23-1285 (PAD)**

**WARDEN MDC GUAYNABO**

    **Respondent.**

## JUDGMENT

In accordance with the line order issued today (Docket No. 3), judgment is hereby entered dismissing this case without prejudice.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of June 2025.

                                                           s/Pedro A. Delgado-Hernández
                                                           PEDRO A. DELGADO-HERNÁNDEZ
                                                           United States District Judge